**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01125-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

Before the Court is Bruce E. Bagelman's October 30, 2018 unopposed motion for leave to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Bagelman as appellant's counsel. All future communications shall be directed to appellant at

Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201
(972) 628-4100.

/s/      DAVID EVANS
JUSTICE